LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE O DONNELL SWANSON, | ) | No. 5:23-CV-0143-ADS |
| | ) | |
|     Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
|     v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of One Thousand Six Hundred and Fifty Dollars and no/100 ($1,650), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE:  4/20/2023        /s/ Autumn D. Spaeth
                                  HON. AUTUMN D. SPAETH,
                                  UNITED STATES MAGISTRATE JUDGE